IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PHILIP PATRICK SHEAHAN,

    Plaintiff,              ORDER

 v.                     12-cv-433-bbc

DALIA SULIENE, NANCY WHITE,
PAUL KETARKUS and FERN SPRINGS,

    Defendants.

---

  Plaintiff Philip Sheahan, a prisoner at the Wisconsin Secure Program Facility, has brought constitutional and state law claims against defendants. Before the court are plaintiff's motion to amend his complaint to verify that he swears that his allegations are true under penalty of perjury (for use as evidence at summary judgment) (dkt. 44) and a motion *in limine* regarding the use of his prior convictions at trial (dkt. 45).

  First, regarding his motion to amend the complaint, plaintiff seems to refer to a proposed amended complaint but I cannot locate one on the docket. Plaintiff is free to amend his complaint, but he will need to provide the court with that amended document. For now I will deny his motion. If plaintiff's intent is simply to swear to the truth of the matters alleged in his already-filed complaint, he may submit a sworn affidavit to that effect without refiling the complaint.

  Second, I will deny plaintiff's motion *in limine* without prejudice because it is premature. Motions in limine are not due until next March. The court can address plaintiff's concern then.

ORDER

It is ORDERED that:

(1) Plaintiff's motion to amend the complaint, dkt. 44, is DENIED without prejudice.

(2) Plaintiff's motion *in limine*, dkt. 45, is DENIED without prejudice.

Entered this 18th day of November, 2013.

>BY THE COURT:
>
>/s/
>
>STEPHEN L. CROCKER
>Magistrate Judge