IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP PATRICK SHEAHAN,

                                                     JUDGMENT IN A CIVIL CASE

    Plaintiff,

                                                     12-cv-433-bbc

v.

DALIA SULIENE, NANCY WHITE,
PAUL KETARKUS, FERN SPRINGS and
D. MORGAN,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing plaintiff's claims against D. Morgan; and

    (2) granting defendants Dalia Suliene, Nancy White, Paul Ketarkus and Fern Springs's motion for summary judgment and dismissing this case.

| /s/ | 3/25/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |